*In re* RAFAEL FUENTES FERNÁNDEZ.

*Número:* TS-8592      *Resuelto:* 25 de febrero de 2005

*Roberto J. Sánchez Ramos*, procurador general; *Evaristo M. Orengo, Jr.*, abogado del peticionario.

## RESOLUCIÓN

Examinado el Informe de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía de 4 de febrero de 2005, se autoriza la reinstalación del Sr. Rafael Fuentes Fernández al ejercicio de la abogacía y de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida I. Oquendo Graulau
*Secretaria del Tribunal Supremo*